UNITED STATES DISTRICT COURT
SOUTHERN DISCTRICT OF INDIANA
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| JAMES MARTIN, | ) | |
| PLAINTIFF, | ) | 1:21-cv-00718-RLY-MJD |
| | ) | Cause No. _____ |
| Caesars Entertainment | ) | |
| Operating Company, Inc | ) | |
| DEFENDANT | ) | |

## Motion to Dismiss with Prejudice

Comes now, James Martin the plaintiff as Pro-se and would respectfully move this Honorable Court to dismiss this case with Prejudice.

The matter has been resolved and this case should be dismissed with prejudice without further judicial review.

Dated: March 24, 2021

By: James Martin

James Martin
735 ½ Center Street
Shelbyville, IN 46176
(317) 512-6229
Jamesamartin3@gmail.com